IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D'BRAUNSTEIN,<br><br>               Plaintiff,<br><br>     v.<br><br>CALIFORNIA HIGHWAY PATROL, CALIFORNIA HIGHWAY PATROL OFFICER SAMANTHA DIAZ DURAZO AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>               Defendants. | Case No. 8:19-cv-01553 JVS (KESx)<br><br>**JUDGMENT**<br><br>Judge:         The Honorable James V. Selna<br><br>Action Filed: June 3, 2019 |

Pursuant to the Order of the Court granting Defendants' motion for summary judgment, and there being no just reason for delay,

IT IS ADJUDGED THAT JUDGMENT IS ENTERED under Rule 54(b), Federal Rule of Civil Procedure, dismissing the action with prejudice following the

/ / /

/ / /

1

1  entry of summary judgment in favor of Defendants, the State of California, acting
2  by and through the California Highway Patrol, and Samantha Diaz Durazo.
3  However, all state claims are dismissed without prejudice because the Court
4  declines to exercise supplemental jurisdiction over those claims.  28 U.S.C.
5  1367(c)(3).

Dated: March 02, 2022

The Honorable James V. Selna